IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 9:15-cr-24 |
| | § | |
| WALTER DIGGLES (1), | § | |
| ANITA DIGGLES (2), | § | |
| ROSIE DIGGLES (3), | § | |

## ORDER FOR JOINT STATUS REPORT

A Status Conference having been originally scheduled at 2:00 p.m on June 8, 2016, and having been cancelled due to a conflict, the Court hereby Orders the parties to file a Joint Status Report addressing the following issues:

1. The status of the case, including the status of discovery and when the parties reasonably expect to be ready for trial; and,

2. The time reasonably anticipated for trial.

The parties are to meet and confer and file the Joint Status Report at or before 5:00 p.m. on June 17, 2016. If the parties cannot reach an agreement on any point after meeting and conferring, they shall enumerate each party's respective position.

**It is SO ORDERED**.

**SIGNED this 8th day of June, 2016.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE